IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD LOCKE, | : | CIVIL ACTION |
| | : | NO. 11-05833 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY N. DILLMAN, ET AL., | : | |
| | : | |
| Respondents. | : | |

### O R D E R

**AND NOW**, this **9th** day of **January, 2013**, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

(1) The Report and Recommendation (ECF No. 10) is **APPROVED** and **ADOPTED**;

(2) Petitioner's Objections to the Report and Recommendation (ECF No. 12) are **OVERRULED**;

(3) The Application for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**;

(4) A certificate of appealability shall not issue; and

(5) The Clerk shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,      J.**